U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| XU XIAOLONG | CIVIL ACTION 15-2190 |
| VERSUS | JUDGE HAIK |
| LORETTA LYNCH, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Before the Court is a Report and Recommendations re: Petition for Writ of Habeas Corpus filed by Xu Xiaolong. The Report and Recommendations were mailed to the petitioner, allowing him an opportunity to respond. On 10/2/2015, the mail was returned as undeliverable. The Court has made sufficient effort to locate Xu Xiolong, but has determined he is no longer entered in the Bureau of Prisons system.

The Court, however, has independently reviewed this matter and the Report and Recommendation of the Magistrate Judge finding, for the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** this matter is **DISMISSED WITH PREJUDICE UNDER** Rule 41(b) of the Federal Rules of Civil Procedure and alternatively, under Local Rule 41.3 of the United States District Court for the Western District of Louisiana..

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29th day of December, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE